Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001312
14-APR-2015
08:30 AM

NO. CAAP-14-0001312

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JAWMIN, LLC, Plaintiff/Claimant/Counterclaim
Defendant-Appellee, v. WESCORP PACIFIC
SANDALWOOD PTY LTD., Defendant/Respondent/
Counterclaimant-Appellant

IN THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 12-1-057K)

ORDER
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon consideration of "Defendant-Appellant's Motion to Dismiss Without Prejudice Appeal of Findings of Fact, Conclusions of Law, and Order Filed October 28, 2014," filed April 2, 2015, by Defendant-Respondent-Counterclaimant-Appellant Wescorp Pacific Sandalwood Pty. Ltd., the papers in support, the record, and there being no opposition,

IT IS HEREBY ORDERED that the motion is granted in part and the appeal is dismissed.[1]

DATED: Honolulu, Hawai'i, April 14, 2015.

Presiding Judge

Associate Judge

Associate Judge

---

[1]  Appellant submits that the order appealed from is not a final decision and this court lacks appellate jurisdiction.  Appellant does not identify what prejudice might attach from dismissal.  Accordingly, we render no opinion concerning the effect of the dismissal of this appeal at Appellant's request.